UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOSHUA OSBURN,

    Plaintiff,

v.                                Case No. 3:21cv409-LC-HTC

JIM SCOLARI,
  INMATE PROGRAM ADMINISTRATOR, et al.,

    Defendants.

_____/

## REPORT AND RECOMMENDATION

Plaintiff, Joshua Osburn, an inmate at the Santa Rosa Jail ("Jail") at the time he filed the instant case, filed a complaint under 42 U.S.C. § 1983, seeking monetary damages for the discontinuation of certain mental health and religious programs at the Santa Rosa Jail. ECF Doc. 1. The matter was referred to the undersigned Magistrate Judge for preliminary screening pursuant to 28 U.S.C. § 636 and N.D. Fla. Loc. R. 72.2(C). Because Plaintiff has failed to prosecute this action and failed to follow orders of the Court, the undersigned respectfully requests that this matter be dismissed without prejudice.

While Osburns's complaint was accompanied by a motion for leave to proceed *in forma pauperis* (ECF Doc. 2), the motion did not include one of the

necessary parts of that application – a printout of the transactions in Plaintiff's inmate trust account for the six-month period immediately preceding the filing of his complaint. 28 U.S.C. § 1915(a)(2). Therefore, on March 11, 2021, the Court deferred ruling on the motion and directed Plaintiff to submit the required printout of his inmate trust account by April 1, 2021. ECF Doc. 4.

The deadline for Plaintiff to comply with the Court's March 11, 2021 order expired without any response by Plaintiff, so the Court, on April 12, 2021, gave Plaintiff fourteen (14) days to show cause why this case should not be recommended for dismissal for failure to comply with a court order. ECF Doc. 5. To date, no printout, fee payment or any other response by the Plaintiff has been received, and the time to do so has expired.

Accordingly, it is respectfully RECOMMENDED that:

1. This case be DISMISSED WITHOUT PREJUDICE for Plaintiff's failure to prosecute and failure to comply with Court orders.

2. The clerk be directed to close the file.

DONE AND ORDERED this 4th day of May, 2021.

*s/ Hope Thai Cannon*
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations must be filed within **fourteen (14) days** of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.</u>  An objecting party must serve a copy of its objections upon all other parties.  A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.

Case No. 3:21cv409-LC-HTC