UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOSHUA OSBURN,

    Plaintiff,

v.                                                                                  Case No. 3:21cv409-LC-HTC

JIM SCOLARI,
 INMATE PROGRAMS ADMINISTRATOR, et al.,

    Defendants.

_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on May 4, 2021 (ECF No. 6), and the parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  All mail has been returned as undeliverable.

Having considered the Report and Recommendation, I have determined it should be adopted.

Case No. 3:21cv409-LC-HTC

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (ECF No. 6) is adopted and incorporated by reference in this order.

2. This case is DISMISSED for failure to prosecute and to comply with Court orders.

3. The clerk of court is directed to close this case.

**DONE AND ORDERED** this 9th day of June 2021.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No. 3:21cv409-LC-HTC